# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **SRI KALA, LLC dba JAVELINA MART** § § | | |
| **VS.** § | **Civil Action No. 7:21-CV-00096** | |
| § | | |
| **UNDERWRITERS AT LLOYDS AND** § | | |
| **NATIONAL FIRE AND MARINE** § | | |
| **INSURANCE COMPANY** § | | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, SRI KALA, LLC dba JAVELINA MART, and Defendants, CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO ICAT COMMERCIAL PROPERTY INSURANCE POLICY NO. 42-7590084519-S-03 AND NATIONAL FIRE AND MARINE INSURANCE COMPANY, hereby advise the Court that the parties have settled this matter and are working on exchange of settlement documentation and funding. The parties request 30 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

Respectfully submitted,

*/s/ Victor Rodriguez*
Victor Rodriguez
S.D. Tex. Bar No. 562260
**VICTOR RODRIGUEZ LAW FIRM PLLC**
121 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
victor@vrodriguezlaw.com

1

*/s/ Omar Ochoa*
Omar Ochoa
S.D. Tex. Bar No. 2081960
**OMAR OCHOA LAW FIRM PC**
121 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
oochoa@omarochoalaw.com

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ Robert Siegel*
Robert I. Siegel
S.D. Tex. Bar No. 607556
Christiane (C.J.) Chambers
S.D. Tex. Bar No. 2600069
**GIEGER, LABORDE & LAPEROUSE, LLC**
5151 San Felipe Suite 750
Houston, Texas 77056
Telephone: (832) 255-6000
rsiegel@glllaw.com
cchambers@glllaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On September 28, 2021, I served the foregoing document on individuals and parties identified below in the manner indicated:

Robert I. Siegel
Christiane (C.J.) Chambers
**GRIEGER, LABORDE & LAPERHOUSE, LLC**
5151 San Felipe Suite 750
Houston, Texas 77056
rsiegel@glllaw.com
cchambers@glllaw.com

*/s Victor Rodriguez*
Victor Rodriguez