**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **SRI KALA, LLC dba JAVELINA MART** | § | |
| | § | |
| **VS.** | § | |
| | § | **Civil Action No. 7:21-CV-00096** |
| **UNDERWRITERS AT LLOYDS AND NATIONAL FIRE AND MARINE INSURANCE COMPANY** | § § § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Sri Kala, LLC dba Javelina Mart; Defendants are Certain Underwriters at Lloyd's London subscribing to ICAT Commercial Property Insurance Policy No. 42-7590084519-S-03 and National Fire and Marine Insurance Company.
2. On March 19, 2021, Plaintiff sued Underwriters at Lloyds and Great Lakes Insurance SE.
3. On June 3, 2021, Plaintiff filed a First Amended Complaint that removed Great Lakes Insurance SE from the lawsuit and added National Fire and Marine Insurance Company.
4. On July 9, 2021, Defendants, Certain Underwriters at Lloyd's London subscribing to ICAT Commercial Property Insurance Policy No. 42-7590084519-S-03 and National Fire and Marine Insurance Company filed an answer.
5. Plaintiff moves to dismiss the suit.
6. Defendants agree to the dismissal.
7. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

8. A receiver has not been appointed in this case.
9. This case is not governed by any federal statute that requires a court order for dismissal of the case.
10. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.
11. This dismissal is with prejudice.

Respectfully submitted,

**OMAR OCHOA LAW FIRM PLLC**

By: */s/ Omar Ochoa*
Omar Ochoa
S.D. Tex. Bar No. 2081960
121 N. 10th Street
McAllen, Texas 78501
oochoa@omarochoalaw.com
Tel. (956) 630-3266
**ATTORNEY IN CHARGE FOR PLAINTIFF, SRI KALA, LLC DBA JAVELINA MART**

**VICTOR RODRIGUEZ LAW FIRM, P.C.**

By: */s/ Victor Rodriguez*
Victor Rodriguez
S.D. Tex. Bar No. 562260
121 N. 10th Street
McAllen, Texas 78501
victor@vrodriguezlaw.com
Tel: (956) 630-3266
**OF COUNSEL FOR PLAINTIFF, SRI KALA, LLC DBA JAVELINA MART**

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: */s/ Robert Siegel*
Robert I.Siegel
S.D. Tex. Bar No. 607556
Christiane (C.J.) Chambers
S.D. Tex. Bar No. 2600069

5151 San Felipe, Suite 750
Houston, Texas 77056
rsiegel@glllaw.com
cchambers@glllaw.com
Tel. (832) 255-6000
Fax (832) 255-6001
**ATTORNEY IN CHARGE FOR DEFENDANTS, CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO ICAT COMMERCIAL PROPERTY INSURANCE POLICY NO. 42-7590084519-S-03 AND NATIONAL FIRE AND MARINE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2021, a copy of the above and foregoing, Stipulation of Dismissal, was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys for Defendants, Certain Underwriters at Lloyd's London subscribing to ICAT Commercial Property Insurance Policy No. 42-7590084519-S-03 and National Fire and Marine Insurance Company:

ROBERT I. SIEGEL
C.J. CHAMBERS
5151 San Felipe, Suite 750
Houston, Texas 77056
Telephone: (832) 255-6000
Facsimile: (832) 255-6001
rsiegel@glllaw.com
cchambers@glllaw.com

*/s/ Omar Ochoa*
Omar Ochoa